FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 27 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 06-2083 |
| LEROY LUCERO a/k/a Smurf, | ) Count 1: 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2): Felon in Possession of a Firearm and Ammunition. |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about the 27th day of June, 2006, in San Miguel County, State and District of New Mexico, the defendant, **LEROY LUCERO** a/k/a Smurf, having been convicted of Aggravated Assault with a Deadly Weapon (a chain) in Cause No. 90-46-CR in the Fourth Judicial District Court, County of San Miguel, State of New Mexico; Aggravated Battery with a Deadly Weapon in Cause No. 92-82 in the Fourth Judicial District Court, County of San Miguel, State of New Mexico; Possession of a Controlled Substance (Heroin) in Cause No. 98-191-CR in the Fourth Judicial District Court, County of San Miguel, State of New Mexico; Escape from Jail in Cause No. 2002-87-CR in the Fourth Judicial District Court, County of San Miguel, State of New Mexico; and Felon in Possession of a Firearm in Cause No. 2002-126-CR in the Fourth Judicial District Court, County of San Miguel, State of New Mexico, crimes punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce a firearm, a Mossberg, model 500A, 12

gauge shotgun, serial number K117708 and ammunition, approximately two (2) Winchester brand 12 gauge cartridges.

In violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, Defendant **LEROY LUCERO** a/k/a "Smurf" shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Mossberg, model 500A, 12 gauge shotgun, serial number K117708 and approximately two (2) Winchester brand 12 gauge cartridges of ammunition involved in the commission of the offense.

A TRUE BILL

/S/ _____
FOREPERSON

David C. Iglesias
United States Attorney

_____ 9/2006