UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 06-2083 JC | | USA v. Leroy Lucero |
| Date: | October 10, 2007 | Name of Deft: | Same |
| Before the Honorable | | John Edwards Conway | |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:40-10:47 | Total Time in Court (for JS10): | **SEVEN MINUTES** |
| Clerk: | Lee Jones | Court Reporter: | Julie Sanchez |
| AUSA: | Louis Valencia | Defendant's Counsel: | Richard Winterbottom, AFPD, Appt. |
| Sentencing in: | Albuquerque | Interpreter: | None Required |
| Probation Officer: | Loretta Sanchez | Sworn? | Yes / No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | July 20, 2007 | | PSR: | **X** Not Disputed | Disputed |
| PSR: | X Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP):  180 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 years | Probation: | | **X** 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **X** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **X** | Participate in mental health program | | Participate in sex offender treatment program |
| **X** | No alcohol/liquor establishments | | Possess no sexual material |
| **X** | Submit to search of person/property | | No computer with access to online services |
| | No contact with co-Defendant in this case | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **X** | OTHER: Defendant forfeits his rights, title and interest to a Mossberg, model 500A, 12 gauge shotgun, serial number K117708 and two 12 gauge cartridges of ammunition. | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ **0** | Restitution: $ | | |
| SPA: | $ 100 | Payment Schedule: | X Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | Victorville, CA |
| | Dismissed Counts: | | |
| | OTHER COMMENTS: | | |